UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | 18-cr-10450-MLW |
| JONATHAN TERCERO YANES | |

**JONATHAN TERCERO-YANES' RESPONSE TO COURT ORDER REGARDING POTENTIAL RECUSAL**

During the July 27, 2020 hearing in this matter, the Court alerted counsel that he has a charitable and personal relationship with Adolescent Consultation Services and one or more of its agents, one of whom is a potential witness in this case. The Court ordered Mr. Tercero-Yanes to alert it to any concern that could lead to recusal.

The defendant discerns no legal or factual basis to seek recusal under either 28 U.S.C. §455(a) or (b) and thus makes no request for recusal.

Respectfully submitted,

Date: August 7, 2020

/s/Leonard E. Milligan III
Leonard E. Milligan III #668836
Milligan Rona Duran & King LLC
50 Congress Street, Suite 600
Boston, MA 02109
lem@mrdklaw.com
Tel. (617) 395-9570 x101
Fax (855) 395-5525
*Counsel for Defendant M. Jay Herod*

**CERTIFICATE OF SERVICE**

I, Leonard E. Milligan III, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified

on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this date.

Date August 7, 2020 /s/Leonard E. Milligan III
Leonard E. Milligan III