UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 18-cr-10450-MLW |
| JONATHAN TERCERO YANES | |

**JONATHAN TERCERO-YANES' RESPONSE TO COURT ORDER AT DOCKET 273**

The defendant, Jonathan Tercero Yanes, submits the following reply to the Court's Order at Docket 273, paragraph 8 (and relatedly, the Court's more recent Order at 298).

The defendant's general position is that he lacks standing under Federal Rule of Criminal Procedure 12.2 with respect to his co-defendant. That said, he reserves the right (with leave of the Court) to argue *in limine* that the jailhouse recorded confession of Henri Salvador Gutierrez is inadmissible because it is unreliable as a consequence of Mr. Gutierrez's mental condition(s). In support of this position, the defendant would likely use the information recorded, as well as medical reports prepared for unrelated criminal litigation and the prior conclusions of those medical professionals.

Mr. Tercero Yanes' does not understand Mr. Gutierrez to have made notice under section Fed.R. Crim. P. 12.2(a) of the Rule and thus does not believe that the United States has a right to seek a compulsory evaluation under section (c)(1)(B). Finally, Mr. Tercero Yanes takes no position on the permissibility, given the facts

known to the parties at present, or the efficacy of a Court ordered evaluation pursuant to section (c)(1)(a) of the rule.

                                                                 Respectfully submitted,

Date: August 12, 2020                              /s/Leonard E. Milligan III
                                                             Leonard E. Milligan III #668836
                                                             Milligan Rona Duran & King LLC
                                                             50 Congress Street, Suite 600
                                                             Boston, MA 02109
                                                             lem@mrdklaw.com
                                                             Tel. (617) 395-9570 x101
                                                            Fax (855) 395-5525
                                                            *Counsel for Defendant M. Jay Herod*

## CERTIFICATE OF SERVICE

    I, Leonard E. Milligan III, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this date.

Date August 2, 2020                                 /s/Leonard E. Milligan III
                                                             Leonard E. Milligan  III