DUNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| |
|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JONATHAN TERCERO YANES |

18-cr-10450-MLW

**RESPONSE TO COURT ORDER AT DOCKET 383 BY JONATHAN TERCERO YANES**

The defendant Jonathan Tercero Yanes submit this response to the Court's Order found at Docket #383:

1. The Protective Order in this is matter comprehensive and restricts access to all materials provided in discovery. (Dkt. 55).

2. Mr. Tercero Yanes, during a hearing on October 22, 2020, raised an issue related to the filing of documents under seal. The Court ordered the parties to confer and report whether they propose any amendments to the protective order[1]. (Dkt. 383).

3. With respect to Mr. Tercero Yanes, there are two issues which required conference with the United States:

---

[1] The Court also expressed its preference for a joint response if possible. Because the conference with the United States and Mr. Tercero Yanes was unique in approach and resolution from the other co-defendant's, Mr. Tercero submits this response individually.

a. The Protective Order's scope appears to require that every motion that addresses facts necessarily gleaned from protected discovery must be filed under seal.

   b. The defendant is limited to viewing only electronic materials, and only when guards at his correctional facility (Barnstable House of Correction) properly arrange for viewing time. To date, this approach has been problematic.

4. Undersigned counsel and counsel for the United States have conferred and agreed. At this time, Mr. Tercero Yanes does <u>not</u> propose an amendment to the Protective Order.

5. It seems prudent to explain the result of the conference in this regard. In order to resolve the first issue (filing under seal) counsel has shared forthcoming pleadings. The United States and the defendant agree that the contemplated pleadings do <u>not</u> seem to violate the protective order, but that exhibits to the pleadings might. As such, counsel will seek leave to file the exhibits separately and under seal.

   As to the second issue (increased defendant access to materials) counsel could not resolve our dispute. The United States continues to assert ongoing safety concerns. The defendant continues to highlight to importance of access to evidence as necessary for trial preparation. At the time of this response, both sides continue to work on pleadings and possible resolution, the focus on which could be diminished if we presently litigate substantial amendments to

the protective order. As such, the defendant does not presently seek an amendment to the protective order but seeks to alert to the Court and seek leave to address these issues more meaningfully in the future.

Respectfully Submitted,
**JONATHAN TERCERO YANES**
By his attorney:

/s/ Leonard E. Milligan III
Leonard E. Milligan III
BBO No. 668836
Milligan, Rona, Duran, and King, LLC
50 Congress St., Suite 600
Boston, MA 02109
T (617) 395-9570
lem@mrdklaw.com

**CERTIFICATE OF SERVICE**

I, Leonard E. Milligan III, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this date.

Date: October 27, 2020          /s/Leonard E. Milligan III
                                Leonard E. Milligan III