UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 18-cr-10450-MLW |
| JONATHAN TERCERO YANES | |

**JONATHAN TERCERO YANES' RESPONSE TO COURT ORDER AT 716 AND CONDITIONAL MOTION TO SEAL**

The defendant replies to the remaining paragraphs of the Court's Order at Docket Entry 716:

*7. The parties shall confer and, by December 1, 2021, report regarding any logistical or other issues related to the sentencing hearings, including a proposed order in which the defendants should be sentenced.*

The defendant has conferred with counsel for the United States, who intends to file a Joint response detailing the agreed recommendation for accommodation and sequence. The defendant merely reminds the Court of this need for a Spanish Interpreter.

*8. Each defendant shall report, by December 1, 2021, whether he has received a COVID-19 vaccination.*

The defendant is <u>not vaccinated</u>.

Because of the defendant's medical information contained in this response, he submits this document through electronic mail to all parties and the Court (via Clerk). Should the Order require a docketed submission, Mr. Tercero Yanes seeks leave submit his response under seal.

Respectfully Submitted,

*/s/Leonard E. Milligan III*
Leonard E. Milligan III

BBO 668836<br>
Milligan Rona Duran & King LLC<br>
50 Congress Street-Suite 600<br>
Boston, MA 02109<br>
t. 617.395.9493<br>
f. 617.395.5525<br>
e. lem@mrdklaw.com<br>
*Counsel for Jonathan Tercero Yanes*

CERTIFICATE OF SERVICE

I, Leonard E. Milligan III, hereby certify that this document will be sent electronically to the all parties via electronic mail Jessica Hedges for Eliseo Vaquerano Canes (hedges@htlawyers.com), William Fick for Erick Lopez-Flores (wfick@fickmarx.com), George Gormley for Henri Salvador Gutierrez (gfgormley@aol.com), Gordon Spencer for Djavier Duggins (attyspencer@aol.com), Honorable Mark L. Wolf, presiding by email to clerk Magdalena Loret (Magdalena_Loret@mad.uscourts.gov)
.

December 1, 2021                         /s/Leonard E. Milligan III
                                         Leonard E. Milligan III