UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERICK LOPEZ FLORES,<br>HENRI SALVADOR GUTIERREZ,<br>ELISEO VAQUERANO CANAS,<br>JONATHAN TERCERO YANES,<br>MARLOS REYES, and<br>DJAVIER DUGGINS | Case No. 18-cr-10450-MLW |

### Motion for Leave to File Sentencing Exhibits Under Seal

The government respectfully moves for leave of Court to submit 12 sentencing exhibits under seal pending further review of the Court and pending further discussion on whether the exhibits should remain under seal. At least as a preliminary matter, given safety issues and other sensitivity concerns, the sentencing exhibits listed below should be placed under seal pending further Order of the Court.

To assist the Court in presiding over the various related sentencing hearings, and to minimize duplication, the government proposes to file one collection of sentencing exhibits in support of its sentencing memoranda against the various defendants. (The government may make supplemental submissions in response to the defendants' own memoranda—as the Court has given the parties an opportunity to do—but for now, the government proposes to submit one collection of exhibits to the Court under seal.) The proposed framework would result in Exhibit 1, for example, being Exhibit 1 for all of the sentencing hearings, as opposed to the same exhibit being submitted multiple times for each defendant and/or receiving different exhibit numbers at different sentencing

hearings. Similarly, the government's sentencing memoranda all refer to this same collection of government exhibits.

The government respectfully moves for leave to file the following exhibits under seal:

| | |
|---|---|
| Exhibit 1: | Transcript of Oct. 24, 2018 Recording of CW-13 and Salvador |
| Exhibit 2: | Transcript of April 18, 2015 Recording of CW-1 and Lopez |
| Exhibit 3: | Transcript of December 29, 2017 Recording of CW-17 and Lopez |
| Exhibit 4: | Certain Crime Scene Photographs of Rivas Murder (Graphic) |
| Exhibit 5: | Certain Photographs from Autopsy of Rivas (Graphic) |
| Exhibit 6: | Autopsy Report of Rivas (Graphic) |
| Exhibit 7: | Certain Crime Scene Photographs of Ruano Murder (Graphic) |
| Exhibit 8: | Certain Photographs from Autopsy of Ruano (Graphic) |
| Exhibit 9: | Autopsy Report of Ruano (Graphic) |
| Exhibit 10: | Salvador's Affidavit in Immigration Proceedings |
| Exhibit 11: | Immigration Judge's Decision in Salvador's Proceedings |
| Exhibit 12: | Transcript of Duggins Post-Arrest Interview |

The government submits that there is a compelling reason to keep these exhibits under seal instead of publishing them on the public docket, at least as a provisional matter. The three transcripts are recordings made by cooperating witnesses and the transcripts implicate various safety concerns, while the remaining documents are graphic images or descriptions of the murder victims in this case.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ Kunal Pasricha
KUNAL PASRICHA
KAITLIN R. O'DONNELL
Assistant United States Attorneys
District of Massachusetts

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                            By: /s/ Kunal Pasricha
                                                   KUNAL PASRICHA
                                                   Assistant United States Attorney
                                                   District of Massachusetts