# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JONATHAN TERCERO YANES,<br>a/k/a DESALMADO,<br>　　　　　　　　Defendant. | Case No. 18-cr-10450-MLW-4 |

### SENTENCING MEMORANDUM OF THE UNITED STATES

Jonathan Tercero Yanes is a member of the violent MS-13 gang who came to the United States unlawfully, who was twice released from immigration custody after he was found not to be a threat to public safety, and who then went on to participate in the brutal and horrifying murder of a teenage boy for the worst of reasons—to increase Tercero's stature in the gang and to gain promotion to homeboy status in MS-13.

Tercero's guideline sentencing range is life in prison. If not for the surreal fact that this case charged so many violent murderers that plea discussions involved conversations about which MS-13 murderer was "less culpable" than which other MS-13 murderer, the government may likely not have landed on the sentencing recommendation it committed to making in the plea agreement with Tercero: ***45 years in prison***.

The government respectfully submits that the Court impose the government's recommended sentence. A lower sentence—and certainly anything approaching the sentence that Tercero appears to be requesting—would not provide just punishment for the offense, promote respect for the law, afford adequate deterrence, or otherwise comply with the sentencing purposes outlined in 18 U.S.C. § 3553(a). The nature and circumstances of the offense and Tercero's history both support a sentence of 45 years.

1

A. **Tercero's Guideline Sentencing Range is Life in Prison.**

Tercero's offense level should be 43 and his guideline sentencing range should be life in prison. In the Plea Agreement, the parties agreed that:

- The base offense level is 43 because Tercero's racketeering activity included first-degree murder.

- There is a 2-level enhancement because a minor was used in the offense.

- There is a 2-level enhancement because the victim was vulnerable.

Even after a reduction for acceptance of responsibility, Tercero's final offense level is 43 and his guideline sentence is life in prison. It is unclear what guideline issues or other objections will be raised at the sentencing hearing, but as a general matter, the government's position is that the Court can—relatively easily—calculate the guideline sentence to be life in prison based on the agreed-upon guidelines alone.

B. **The Government's Recommendation is Measured.**

Before turning to a discussion of the section 3553(a) sentencing factors, the government respectfully submits that its sentencing recommendations and charging decisions in this case have been measured and reasonable. Tercero committed a first-degree murder—a crime that would typically call for a sentence of life in prison in both state and federal court. *See* M.G.L. ch. 265, § 2 ("[A]ny person who is found guilty of murder in the first degree *shall* be punished by imprisonment in the state prison for life and shall not be eligible for parole…") (emphasis added); U.S.S.G. § 2A1.1, Application Note 2 ("In the case of premeditated killing, *life imprisonment is the appropriate sentence* if a sentence of death is not imposed. A *downward departure would not be appropriate* in such a case.") (emphasis added).

Further, as the Court is aware, in this case, Tercero and other participants in the horrific July 2018 murder of teenage victim Herson Rivas went through the Department of Justice's capital case review process because they could have also been charged with violating 18 U.S.C. § 1959(a)(1) ("Violent Crime in Aid of Racketeering," also known as "VICAR" murder), a crime punishable by the death penalty.[1]  The government did not pursue a § 1959 charge.  Had the government done so (even if the government declined to pursue a capital case), the only alternate penalty for a violation of that statute would have been a *mandatory* sentence of life in prison.  *See id.* ("Whoever...for purpose of gaining entrance to or maintaining or increasing position in an enterprise engaged in racketeering activity, murders...*shall* be punished, for murder, by death or life imprisonment[.]") (emphasis added).

Tercero was one of the few MS-13 members who participated in the July 2018 murder who was not already a homeboy in the gang.  The evidence shows that Tercero's participation in that murder was going to be rewarded with him being promoted from "chequeo" to "homeboy" in the gang.  Thus, Tercero was arguably in greater danger than his co-defendants of facing prosecution for VICAR murder because the evidence more cleanly showed that Tercero committed murder "for purpose of gaining entrance to or maintaining or increasing position in an enterprise engaged in racketeering activity." *See id.*  Had Tercero not pled guilty, the government would have likely considered bringing that additional charge, and whether after conviction for RICO murder or VICAR murder,

---

[1]     The crime for which Tercero faces sentencing—racketeering conspiracy in violation of 18 U.S.C. § 1962(d)—is not eligible for the death penalty.  The reason that Tercero had to go through the Department of Justice's capital case review is that there was an alternate charge that the government could have pursued: 18 U.S.C. § 1959(a).

the government would have likely recommended life in prison after trial. As things stand, the government recommends a sentence of 45 years in prison.

**C.     The Nature and Circumstances of the Offense are Horrific, Troubling, and Support the Government's Recommendation.**

Given that this is the fourth sentencing memorandum the government is filing today against an MS-13 member who participated in racketeering conspiracy and participated in the merciless and inhumane killing of Herson Rivas, the government will not repeat in detail the dangers associated with MS-13 or the horrifying nature of the murder committed by Tercero and others. The Court is scheduled to sentence one or more murderers before sentencing Tercero and will likely have read plenty about the nature and circumstances of the offense leading up to Tercero's sentencing.

As to Tercero, the government incorporates by reference its prior discussions about the nature and circumstances of the offense, as set forth in the sentencing memoranda of co-defendants Lopez, Salvador, and Vaquerano, and the government augments its prior arguments with the following points:

*First*, as it relates to Tercero's participation in the MS-13 racketeering conspiracy, there is little doubt that Tercero was a willing and energetic member of the MS-13 enterprise. The investigation revealed numerous photos of Tercero making MS-13 gang signs, associating with MS-13 members, etc. Here is a sample picture of (i) Tercero making MS-13 gang signs, and (ii) a surveillance image of Tercero (wearing a blue hat) *prior* to the murder alongside Sykos clique leader Lopez and two others who later committed murder with Tercero:

 

*Second*, as it relates to Tercero's participation in the cruel and sadistic murder of Herson Rivas, there is little doubt that Tercero was a willing and energetic participant in the murder. As recounted by co-defendant Salvador in the October 2018 recording:

> PERVERSO: "PELI, PELI, PELI, PELI!," while the dude was laughing his head off, dude. Because PELIGROSO [Vaquerano] was killing him. And I was stabbing him with the knife, dog. There where I was stabbing him, dude UI.
>
> *DESALMADO [Tercero] and SILENCIO [Reyes] were stabbing the knife right through him, bringing it down like this, dude. Bang, bang, bang, bang!*
>
> CW-13: Is he the one that had the small knife?
>
> PERVERSO: DESALMADO [Tercero] is the one that had that UI. The kind of folding knife that's on a key chain.
>
> CW-13: Uh-huh.
>
> PERVERSO: He had that and was stabbing him here, but the boy was covered in blood, and they stabbed him! [Burst out laughing].
>
> *So I said to DESALMADO [Tercero], "So what knife did you have?" the handle, the handle of the folding knife was like this, dude. A knife like this. I said to him, "Yes, dude." UI. [Laughs] and he put his hand like this, dude. "Fuck you, eat*

5

> *shit, son of a bitch!"* "Yes, dude," I said. *So the ones that stabbed him were me [Perverso], PELIGROSO [Vaquerano], DESALMADO [Tercero], and SILENCIO [Reyes], dude. We were the ones that stabbed him, dude.*

Ex. 1 at pp. 23-24 (emphasis added).

After Tercero, Salvador, Vaquerano, and the others stabbed Rivas to death and callously left his body to rot, the group celebrated their successful mission back at the hotel. More than one witness described the celebratory atmosphere in the room, and notably, described how Tercero was told that he would be promoted to homeboy in the gang for his involvement in the murder. The nature and circumstances of the offense are shocking to the conscience and strongly support the government's recommendation.

**D.  The History and Characteristics of the Defendant Support the Government's Recommendation.**

The defendant's background is also deeply troubling. If not for Tercero's violation of the country's immigration laws, Tercero would not have been in position to have committed a horrific murder in Lynn, Massachusetts, in July 2018.

The follow-on investigation into Tercero revealed that he entered the United States unlawfully in 2014. He was deemed to not be a public safety threat and was released on an order of recognizance. Troublingly, in October 2017, the Department of Homeland Security re-arrested Tercero on immigration charges and sought to have him detained and deported based on his suspected gang connections. In the months leading up to that, local law enforcement had stopped Tercero on multiple occasions with other suspected MS-13 members. The immigration court was provided with a gang verification package by the DHS, with an agent collecting information from the Boston Regional Intelligence Center and other sources indicating that Tercero was an MS-13 member. The report noted that Tercero was observed by law enforcement to be associating with suspected MS-

6

13 members including Marlos Reyes, and that Tercero's associations showed that Tercero was associated with MS-13. Tercero had also been seen hanging out at an East Boston park well known for being a significant gathering spot for MS-13 members. He had also been observed wearing clothes and colors associated with MS-13.

Tercero was detained in immigration custody pending his bond hearing. In November 2017, Tercero testified at the hearing to determine whether he should remain in custody to face deportation proceedings or whether he should be released on bond. At the hearing, Tercero denied knowing the gang status of any of the individuals he had been stopped with (including Reyes) and denied being aware of the gang colors or clothes associated with MS-13. Perhaps most notably, Tercero expressed bewilderment as to why law enforcement agencies had identified him as an MS-13 gang member. He also denied that he had ever possessed a knife or gun and stated that he had no reason to carry a knife. He testified that he just wanted to be released so he could go right back to work.

Tercero was ordered released on bond, he secured the funds to pay the bond, and he was back on the street by November 8, 2017. The evidence now shows that Tercero went right back to associating with numerous MS-13 members (including Reyes). There is significant evidence that soon thereafter in 2018, Tercero was a regular member of the Sykos crew—along with Vaquerano, Salvador, Reyes, and Maltez—that would go from hotel room to hotel room with Lopez, hanging out, discussing MS-13 activities, etc.

In the months that followed, Tercero only seemed to further commit himself to the MS-13 enterprise. In June 2018, Tercero was arrested in East Boston for assault by means of a dangerous weapon when Tercero and another known MS-13 member allegedly threatened a group of Hispanic males by showing gang signs and yelling, "we're gonna fuck you up, MS-13 for life, we're MS who are you?"

In July 2018—a mere eight months after he was released from immigration custody for the second time and deemed not to be a safety threat based on his statements that he was not an MS-13 member—Tercero participated in the luring and murdering of a teenager as part of a sinister plot in furtherance of the MS-13 criminal enterprise.

Tercero is the third of the four murderers scheduled for sentencing in January (along with Salvador and Vaquerano) who were in the United States unlawfully at the time of the murder. Lopez was the one exception because he is a United States citizen. Like Salvador, Tercero was actually in immigration custody in the leadup to the murder. However, he manipulated the system and managed to secure his release, in part by denying any connection or affiliation to MS-13 whatsover. He then went on to confirm law enforcement's worst fears by proving that he was an MS-13 member who posed a significant safety threat based on his commitment to violence on behalf of the MS-13 gang.

The history and characteristics of the defendant, when combined with the nature and circumstances of the offense, support a sentence of 45 years in custody (for a crime that in another situation might have called for a sentence of life in prison).

## CONCLUSION

For the reasons stated in this sentencing memorandum and those to be advanced at the sentencing hearing of Tercero, the government respectfully requests that the Court sentence Tercero to 45 years (540 months) in custody, to be followed by 5 years of supervised release.

    Respectfully submitted,

    NATHANIEL R. MENDELL
    Acting United States Attorney

By: /s/ Kunal Pasricha
    KUNAL PASRICHA
    KAITLIN R. O'DONNELL
    Assistant United States Attorneys
    District of Massachusetts

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

By: /s/ Kunal Pasricha
KUNAL PASRICHA
Assistant United States Attorney
District of Massachusetts
