# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| |
|---|
| UNITED STATES OF AMERICA |
| v. |
| ERICK LOPEZ FLORES, |
| HENRI SALVADOR GUTIERREZ, |
| ELISEO VAQUERANO CANAS, |
| JONATHAN TERCERO YANES, |
| MARLOS REYES, and |
| DJAVIER DUGGINS |

Case No. 18-cr-10450-MLW

## Motion for Leave to File Sentencing Exhibits Under Seal

The government respectfully moves for leave of Court to submit 12 sentencing exhibits under seal pending further review of the Court and pending further discussion on whether the exhibits should remain under seal. At least as a preliminary matter, given safety issues and other sensitivity concerns, the sentencing exhibits listed below should be placed under seal pending further Order of the Court.

To assist the Court in presiding over the various related sentencing hearings, and to minimize duplication, the government proposes to file one collection of sentencing exhibits in support of its sentencing memoranda against the various defendants. (The government may make supplemental submissions in response to the defendants' own memoranda—as the Court has given the parties an opportunity to do—but for now, the government proposes to submit one collection of exhibits to the Court under seal.) The proposed framework would result in Exhibit 1, for example, being Exhibit 1 for all of the sentencing hearings, as opposed to the same exhibit being submitted multiple times for each defendant and/or receiving different exhibit numbers at different sentencing

*Allowed*

*W So U, D.J*
*Dec. 23, 2021*